## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

In re: Karen D. Easter                                                                  Case No.: 4:22-bk-10799
Debtor                                                                                              Chapter 13

## MOTION TO REINSTATE CASE
*and*
## EXTEND THE DEADLINE TO FILE REQUIRED SCHEDULES

**COMES NOW** Karen D. Easter, Debtor, by and through her attorney, Matthew D. Mentgen, and for her *Motion to Reinstate Case and Extend the Deadline to File Required Schedeules* state*s*:

1. That this Chapter 13 bankruptcy case was filed on March 24, 2022.

2. That this case was dismissed on May 12, 2022 for failure to cure deficiencies.

3. That Debtor desires to continue in this chapter 13 bankruptcy and to begin making payments to the chapter 13 trustee and to complete a successful reorganization.

4. That Debtor respectfully requests that the Court reinstate her case and allow her seven (7) days to file her deficient schedules and plan.

**WHEREFORE,** Debtor, Karen D. Easter, prays that the Court grant this *Motion to Reinstate Case and Extend the Deadline to File Required Schedules* and for all other just and proper relief to which she may be entitled.

Respectfully Submitted,

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Attorney for Debtor
Arkansas Bar No.: 2008096
matthew@mentgenlaw.com
(501) 392-5662
P.O. Box 164439
Little Rock, AR 72216