# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| In re: Karen D. Easter,<br>Debtor | Case No.: 4:22-bk-10799<br>Chapter 13 |

## ORDER TO SHORTEN TIME TO OBJECT

**NOW BEFORE THE COURT** is the *Amended Motion to Shorten Time to Object* to a *Motion to Reinstate Case and Extend Deadline to File Required Schedules,* filed by the Debtor, Karen D. Easter, on May 16, 2022. This Court finds that the Motion should be, and hereby is, **GRANTED**. Accordingly, this Court orders that the time to object to Debtor's Motion to Reinstate Case and Extend Time to File Chapter 13 Plan is hereby shortened to ten (10) days. **Any objection to the Debtor's Motion to Reinstate Case shall be filed with this Court on or before May 26, 2022**.

IT IS SO ORDERED.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 05/17/2022