# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−4 | User: admin | Date Created: 5/17/2022 |
| Case: 4:22−bk−10799 | Form ID: pdf08Ac | Total: 24 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     Mark T. McCarty     ecfmail@ch13ark.com
aty     Matthew David Mentgen     ecfbkcourts@yourdebtattorney.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Karen D Easter     9509 W Markham Street, Unit B     Little Rock, AR 72205
6747703     Aidvantage     U.S. Department of Eduction     P.O. Box 9635     Wilkes−Barre, PA 18773−9635
6748959     Americas Car−Mart INC     1805 N 2nd ST STE 401     Rogers, AR 72756
6747705     Bank of America     PO Box 982234     El Paso, TX 79998−2234
6747709     Car−Mart of Little Rock     5900 S University Ave     Little Rock, AR 72209
6747696     Centennial Bank     1301 Rebsamen Park Road     Little Rock, AR 72202
6747698     Credit One     6801 S Cimarron Rd     Las Vegas, NV 89113
6747699     DJ Daily, DDS     17200 Chenal Pkwy Ste. 250     Little Rock, AR 72223
6747706     Entergy Arkansas, LLC     P.O. Box 8101     Baton Rouge, Louisiana 70891−8101
6747707     GEICO     ATTN: Region 3 Underwriting     PO BOX 9105     Macon, GA 31208−9105
6755246     LVNV Funding, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
6747704     Little Rock Wastewater     11 Clearwater Drive     Little Rock, AR 72204
6747697     Midland Credit Management, Inc.     8875 Aero Drive, Suite 200     San Diego, CA 92123
6749974     Midland Credit Management, Inc.     PO Box 2037     Warren, MI 48090
6747701     National Enterprise Systems, Inc.     29125 Solon Rd     Cleveland, OH 11439
6758418     PORTFOLIO RECOVERY ASSOCIATES, LLC     POB 41067     Norfolk, VA 23541
6747702     PayPal Credit     P.O. Box 965005     Orlando, FL 32896−5005
6759892     Premier Bankcard, LLC     PO Box 7999     St Cloud, MN 56302−9617
6757236     Quantum3 Group LLC as agent for CKS Prime Investments LLC     PO Box 788     Kirkland, WA 98083−0788
6747700     Regions Bank     400 W. Capital, Ste 250     Little Rock, AR 72201
6747708     The General Insurance     17304 Preston Rd Ste 1100     Dallas, TX 75252

TOTAL: 21