UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Karen D. Easter
       Debtor

Case No.: 4:22-bk-10799
Chapter 13

### ORDER TO REINSTATE CASE

and

### EXTEND THE DEADLINE TO FILE REQUIRED SCHEDULES

NOW BEFORE THE COURT is Debtor's Motion to Reinstate Case and Extend the Deadline to File Required Schedules. As no objection or response has been filed in opposition, this Court finds that the motion should be, and hereby is, **GRANTED**. Accordingly, the order of dismissal entered on May 12, 2022 is hereby set aside and the case is hereby reinstated. Further, all required schedules shall be filed by June 13, 2022, or this case may be dismissed without notice upon the submission of an order by the Trustee.

    **IT IS SO ORDERED**

_Phyllis M. Jones_
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 06/07/2022

Approved by:
_Ainsley Stokos_
Mark T. McCarty, Chapter 13 Trustee