# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−4 | User: admin | Date Created: 6/7/2022 |
| Case: 4:22−bk−10799 | Form ID: pdf08Ac | Total: 25 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
tr    Mark T. McCarty    ecfmail@ch13ark.com
aty    Matthew David Mentgen    ecfbkcourts@yourdebtattorney.com

                                       TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Karen D Easter    9509 W Markham Street, Unit B    Little Rock, AR 72205
6747703    Aidvantage    U.S. Department of Eduction    P.O. Box 9635    Wilkes−Barre, PA 18773−9635
6748959    Americas Car−Mart INC    1805 N 2nd ST STE 401    Rogers, AR 72756
6747705    Bank of America    PO Box 982234    El Paso, TX 79998−2234
6747709    Car−Mart of Little Rock    5900 S University Ave    Little Rock, AR 72209
6747696    Centennial Bank    1301 Rebsamen Park Road    Little Rock, AR 72202
6747698    Credit One    6801 S Cimarron Rd    Las Vegas, NV 89113
6747699    DJ Daily, DDS    17200 Chenal Pkwy Ste. 250    Little Rock, AR 72223
6764495    Entergy Arkansas, LLC    L−JEF−359    4809 Jefferson Hwy., Ste. A    New Orleans, LA 70121−3138
6747706    Entergy Arkansas, LLC    P.O. Box 8101    Baton Rouge, Louisiana 70891−8101
6747707    GEICO    ATTN: Region 3 Underwriting    PO BOX 9105    Macon, GA 31208−9105
6755246    LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587
6747704    Little Rock Wastewater    11 Clearwater Drive    Little Rock, AR 72204
6747697    Midland Credit Management, Inc.    8875 Aero Drive, Suite 200    San Diego, CA 92123
6749974    Midland Credit Management, Inc.    PO Box 2037    Warren, MI 48090
6747701    National Enterprise Systems, Inc.    29125 Solon Rd    Cleveland, OH 11439
6758418    PORTFOLIO RECOVERY ASSOCIATES, LLC    POB 41067    Norfolk, VA 23541
6747702    PayPal Credit    P.O. Box 965005    Orlando, FL 32896−5005
6759892    Premier Bankcard, LLC    PO Box 7999    St Cloud, MN 56302−9617
6757236    Quantum3 Group LLC as agent for CKS Prime Investments LLC    PO Box 788    Kirkland, WA 98083−0788
6747700    Regions Bank    400 W. Capital, Ste 250    Little Rock, AR 72201
6747708    The General Insurance    17304 Preston Rd Ste 1100    Dallas, TX 75252

                                       TOTAL: 22