United States Bankruptcy Court
Eastern District of Arkansas

In re:      Case No. 22-10799-pmj
Karen D Easter      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: admin      Page 1 of 2
Date Rcvd: Jun 07, 2022      Form ID: pdf08Ac      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen D Easter, 9509 W Markham Street, Unit B, Little Rock, AR 72205-2280 |
| 6747696 | + | Centennial Bank, 1301 Rebsamen Park Road, Little Rock, AR 72202-1853 |
| 6747699 | + | DJ Daily, DDS, 17200 Chenal Pkwy Ste. 250, Little Rock, AR 72223-5958 |
| 6747707 | | GEICO, ATTN: Region 3 Underwriting, PO BOX 9105, Macon, GA 31208-9105 |
| 6747704 | + | Little Rock Wastewater, 11 Clearwater Drive, Little Rock, AR 72204-8009 |
| 6757236 | | Quantum3 Group LLC as agent for CKS Prime Investme, PO Box 788, Kirkland, WA 98083-0788 |
| 6747708 | + | The General Insurance, 17304 Preston Rd Ste 1100, Dallas, TX 75252-5615 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6747703 | | Email/PDF: pa_dc_ed@navient.com | Jun 07 2022 21:57:03 | Aidvantage, U.S. Department of Eduction, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 6748959 | + | Email/Text: bankruptcy@car-mart.com | Jun 07 2022 21:47:00 | Americas Car-Mart INC, 1805 N 2nd ST STE 401, Rogers, AR 72756-2423 |
| 6747705 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 07 2022 21:47:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 6747709 | + | Email/Text: bankruptcy@car-mart.com | Jun 07 2022 21:47:00 | Car-Mart of Little Rock, 5900 S University Ave, Little Rock, AR 72209-2152 |
| 6747698 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2022 21:56:24 | Credit One, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 6747706 | | Email/Text: credit7@entergy.com | Jun 07 2022 21:47:00 | Entergy Arkansas, LLC, P.O. Box 8101, Baton Rouge, Louisiana 70891-8101 |
| 6764495 | | Email/Text: credit7@entergy.com | Jun 07 2022 21:47:00 | Entergy Arkansas, LLC, L-JEF-359, 4809 Jefferson Hwy., Ste. A, New Orleans, LA 70121-3138 |
| 6755246 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 21:56:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 6749974 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2022 21:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 6747697 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2022 21:47:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 6747701 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jun 07 2022 21:47:00 | National Enterprise Systems, Inc., 29125 Solon Rd, Cleveland, OH 44139-3442 |
| 6758418 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 21:56:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 6747702 | | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 21:57:03 | PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 6759892 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 07 2022 21:47:00 | Premier Bankcard, LLC, PO Box 7999, St Cloud, |

| District/off: 0860-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: pdf08Ac | Total Noticed: 22 |

| 6747700 | + Email/Text: newbk@Regions.com  Jun 07 2022 21:47:00 | MN 56302-7999  Regions Bank, 400 W. Capital, Ste 250, Little Rock, AR 72201-3436 |
|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark T. McCarty | ecfmail@ch13ark.com |
| Matthew David Mentgen | on behalf of Debtor Karen D Easter ecfbkcourts@yourdebtattorney.com matthew@mentgenlaw.com;matthew1962-80@forms.zohocreator.com;matthew1962-103@forms.zohocreator.com;matthew@yourdebtattorney.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Karen D. Easter                                       Case No.: 4:22-bk-10799
      Debtor                                                                  Chapter 13

### ORDER TO REINSTATE CASE

and

### EXTEND THE DEADLINE TO FILE REQUIRED SCHEDULES

NOW BEFORE THE COURT is Debtor's Motion to Reinstate Case and Extend the Deadline to File Required Schedules. As no objection or response has been filed in opposition, this Court finds that the motion should be, and hereby is, **GRANTED**. Accordingly, the order of dismissal entered on May 12, 2022 is hereby set aside and the case is hereby reinstated. Further, all required schedules shall be filed by June 13, 2022, or this case may be dismissed without notice upon the submission of an order by the Trustee.

**IT IS SO ORDERED**

_Phyllis M. Jones_
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 06/07/2022

Approved by:
_Ainsley Skopos_
Mark T. McCarty, Chapter 13 Trustee

EOD: June 7, 2022