Form nct13mtg

## UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Karen D Easter
Debtor

Case No.: 4:22−bk−10799
Chapter: 13
Judge: Phyllis M. Jones
Trustee: Mark T. McCarty
Chapter 13 Standing Trustee
**Line 1: 877−951−7471 code4545532**
**Line 2: 877−692−1036 code7210329**
P.O. Box 5006
N. Little Rock, AR 72119−5006

### NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 9/6/22, 10:00 AM at the following location:

341a Telephonic Meeting, use Teleconf number Line 2, shown in trustee's address above.

DEBTOR'S FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 7/29/22

Linda McCormack, Clerk