**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

In re: Karen D. Easter                                           Case No.: 4:22-bk-10799
Debtor                                                                          Chapter 13

**NOTICE AND OPPORTUNITY TO OBJECT TO MOTION**

You are hereby notified that the captioned Debtor has filed the following attached Motion: MOTION FOR SANCTIONS AND DAMAGES AGAINST CREDITOR AMERICA'S CAR-MART, INC FOR VIOLATION OF 11 U.S.C. § 362. Pursuant to procedure, objections to this motion must be filed in writing with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within twenty-one (21) days from the date of this Notice, with copies to the Counsel for the Debtor and Mark T. McCarty P.O. Box 5006, N. Little Rock, AR 72119-5006.

If an objection to the motion is filed, the motion will be set for hearing by subsequent notice. If no objection is received, the Motion may be granted without further notice or hearing.

Date: September 26, 2022

/s/ MatthewD Mentgen
Matthew D. Mentgen
Arkansas Bar No.: 2008096
Mentgen Law
PO Box 164439
Little Rock, AR 72216

## **CERTIFICATE OF SERVICE**

     I, Matthew D. Mentgen, do hereby certify that a copy of the foregoing was delivered to Mark T. McCartyP.O. Box 5006, N. Little Rock, AR 72119-5006, and America's CAR-MART, Inc., 1805 N 2nd ST STE 401, Rogers, AR 72756 via U.S. Mail, postage prepaid, or electronic transmission, today, September 26, 2022.

                                                                                                   s/ Matthew D Mentgen
Matthew D. Mentgen
Arkansas Bar No.: 2008096
MentgenLaw
PO Box 164439
Little Rock, AR 72216
(501) 441-5014