+IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Karen D. Easter							Case No.4:22-bk-10799
Debtor									Chapter 13

## MOTION TO ABATE PLAN PAYMENT

**COMES NOW** Karen D. Easter, ("Debtor"), by and through her attorney, Matthew D. Mentgen, and for her *Motion to Abate Plan Payment* state*s* the following:

1.	That Debtor filed this Chapter 13 bankruptcy case on March 24, 2022.

2.	2.That Debtor is currently under Order Requiring Strict Compliance entered on August 31, 2022, which requires Debtor to make full and timely payments from September 2022 through May 2023.

3.	Debtor has been unable to make her plan payment because she has been unable to maintain employment due to lack of transportation.

4.	Car-Mart of Little Rock repossessed Debtor's vehicle during a brief period of time that her case was dismissed.  Upon reinstatement for Debtor's case, Car-Mart did not return Debtor's vehicle to her.

5.	Debtor filed a Motion for Sanctions and Damages against Creditor Amierica's Car-Mart, Inc for violation of 11 U.S.C. §362 on September 26, 2022.  This motion is pending.

6.	Debtor was able to find employment working from home and began her new job on September 26, 2022 and will be paid bi-weekly.  Therefore, she will have the ability to make her plan payments beginning in October 2022.

7.	Debtor respectfully requests that her payments for September 2022 be abated and Strict Compliance be extended to June 2023.

8.	Should this motion be granted, Debtor shall amend schedules I and J, and file an amended chapter 13 plan within 21 days of this order.

**WHEREFORE,** Debtor, Karen D. Easter, pray that this Court grant her Motion to Abate Plan Payment and for all other just relief to which she may be entitled.

Respectfully submitted,

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Attorney for the Debtor
P.O. Box 164439
Little Rock, AR 72216
(501) 392-5662