UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Karen D. Easter  Case No. 4:22-bk-10799
Debtor  Chapter 13

## ORDER TO ABATE PAYMENT

Now before the Court is the Debtor's Motion to Abate his Chapter 13 Bankruptcy Plan Payment. There being no response or objection filed in opposition, this Court finds that the Debtor's motion should be, and hereby is, **GRANTED.**

Accordingly, it is the order of this Court that the Debtor's chapter 13 plan payment for the month of September 2022 is hereby abated. Further, this Court orders: (1) that the Debtor file an amended chapter 13 plan and amended schedules I & J within 14 days of this order, and (2) that strict compliance is extended through June 2023.

**IT IS SO ORDERED.**    Approved as to Form:

_____
Mark T. McCarty, Chapter 13 Trustee

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 11/03/2022