IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: KAREN D. EASTER　　　　　　　　　　　　　　　　　Case No. 4:22-bk-10799J
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Chapter 13)
　　　　Debtor.

ORDER AWARDING DAMAGES

Pending before the Court is the *Motion for Sanctions and Damages Against Creditor America's Car-Mart, Inc. for Violation of 11 U.S.C. § 362* (Doc. No. 58) filed by the Debtor, Karen D. Easter against America's Car-Mart, Inc. d/b/a Car-Mart of Little Rock ("**Car-Mart**"). Car-Mart was given notice of the motion, along with a notice of opportunity to object. (See Doc. No. 79). No objection was filed by Car-Mart. On January 10, 2023, the Court entered an order (Doc. No. 86) finding that Car-Mart violated the automatic stay and reserving ruling on sanctions and damages until a future hearing.

A hearing on damages was later scheduled for February 28, 2023. Car-Mart was given notice of the hearing on damages but did not appear. The Debtor appeared in person and by and through her attorney, Matthew David Mentgen. At the conclusion of the hearing, the Court issued its oral ruling from the bench, which is incorporated herein by reference. For the reasons stated in open court, Car-Mart's violation of the stay was a willful violation and the Debtor has incurred actual damages in the amount of $20,000.00 (comprised of $4,500.00 in lost equity in the subject vehicle; $3,000.00 in transportation costs; $10,500.00 in lost wages; and $2,000.00 in attorney's fees). In addition, for the reasons stated in open court, punitive damages are awarded against Car-Mart in favor of the Debtor in the amount of $25,000.00.

Car-Mart shall pay **$45,000.00** to the Debtor, through her attorney, Matthew David Mentgen, at P.O. Box 164439, Little Rock, AR 72216, no later than **March 15, 2023**.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 03/01/2023

Cc: Counsel for Debtor
Debtor
Chapter 13 Trustee
U.S. Trustee

Americas Car-Mart, Inc.
1805 N. 2nd St., Ste. 401
Rogers, AR 72756

Americas Car-Mart, Inc.
Attn: Nancy DeShields, Bankruptcy Admin
1805 N. 2nd St., Ste. 401
Rogers, AR 72756

Car-Mart, Inc.
Attn: Bill Fleeman, President
1805 N. 2nd St., Ste. 401
Rogers, AR 72756

Car-Mart, Inc.
Attn: John R. Scott, Registered Agent
318 West Poplar Street
Rogers, AR 72756

Car-Mart of Little Rock
5900 S. University Ave.
Little Rock, AR 72209